UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
MARY WEST,          :
                        Plaintiff,  :
          :      20 Civ. 5178 (LGS)
            -against-          :
          :      <u>ORDER</u>
MOSS NUITRITION PRODUCTS, INC.,  :
                       Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated July 15, 2020 (Dkt. 5), required the parties to file a proposed case management plan and joint letter by August 27, 2020;

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

      **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 31, 2020, at noon**.

Dated: August 28, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE